**J   Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern _____ District of   Texas _____
(State)

Case number *(If known):* _____   Chapter   11

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Weatherford International plc |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | W.O.F.S. International II Limited; Weatherford International Limited; Weatherford International Public Limited Company, Dublin, Ireland, Zweigniederlassung Baar (Swiss branch) |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 9  8 – 0  6  0  6  7  5  0 |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| Westrasse 1 | |
| Number        Street | Number        Street |
| Baar, 6340, Switzerland | |
| City                State      ZIP Code | City                State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| County | Number        Street |
| | City                State      ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.Weatherford.com |

**6.   Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☒ Other. Specify:     Public Limited Company

| Debtor | Weatherford International plc | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7.   Describe debtor's business**

A.  *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒  None of the above

B.  *Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

2 \_\_\_   1 \_\_\_   3 \_\_\_   1 \_\_\_

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐  Chapter 7
☐  Chapter 9
☒  Chapter 11.  *Check all that apply:*

☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 on a consolidated basis (amount subject to adjustment on 4/01/19 and every 3 years after that).
☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
☒  A plan is being filed with this petition.
☒  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
☒  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒  No
☐  Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐  No
☒  Yes.

| Debtor | See Attached Schedule 1. | Relationship | Affiliates |
|---|---|---|---|
| District | Southern District of Texas | When | 07/01/19 |
| | | | MM / DD / YYYY |
| Case number, if known | _____ | | |

Debtor    Weatherford International plc

Case number *(if known)*

Name

---

**11.** **Why is the case filed in** ***this*** **district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____

| Number | Street |
| --- | --- |

_____

| City | State | ZIP Code |
| --- | --- | --- |

**Is the property insured?**

☐ No.

☐ Yes.  Insurance agency  _____

Contact name  _____

Phone  _____

---

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14.** **Estimated number of creditors**

*\*Consolidated for all Debtors*

| | | | | |
| --- | --- | --- | --- | --- |
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☒ 200-999 | | |

---

**15.** **Estimated assets**

*\*Consolidated for all Debtors*

| | | | | |
| --- | --- | --- | --- | --- |
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | Weatherford International plc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16.   Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☒ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

*Consolidated for all Debtors

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.   Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/01/2019
                         MM / DD / YYYY

✗ _____          Christoph Bausch
Signature of authorized representative of debtor          Printed name

Title    Executive VP & Chief Financial Officer

---

**18.   Signature of attorney**

✗ _____          Date    07/01/2019
Signature of attorney for debtor                                         MM / DD / YYYY

Timothy A. ("Tad") Davidson II
Printed Name

Hunton Andrews Kurth LLP
Firm name

600          Travis Street, Suite 4200
Number          Street

| Houston | | Texas | 77002 |
|---|---|---|---|
| City | | State | Zip Code |

| 713-220-4200 | | TadDavidson@HuntonAK.com | |
|---|---|---|---|
| Contact phone | | Email address | |

| 24012503 | | Texas | |
|---|---|---|---|
| Bar number | | State | |

---

**SCHEDULE 1**

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "**Debtors**"), filed a petition with this Court for relief under chapter 11 of the Bankruptcy Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Debtor Name |
|---|
| Weatherford International Ltd. |
| Weatherford International plc |
| Weatherford International, LLC |

**WEATHERFORD INTERNATIONAL PLC**
**Special Meeting of the**
**Special Committee of the Board of Directors**

**Telephonic**
**July 1, 2019**

A telephonic meeting of a Special Committee of the Board of Directors (the "Board") of Weatherford International plc (the "Company") was held telephonically on July 1, 2019, beginning at 09:00am, pursuant to due notice.

| | |
|---|---|
| Directors in attendance were: | Ms. Roxanne Decyk |
| | Mr. William E. Macaulay (Chairman) |
| | Mr. Mark A. McCollum, CEO, President and Director |
| | |
| Others present were: | Mr. Christoph Bausch, EVP and CFO |
| | Ms. Christi Morrison, AGC and Asst. Secretary |
| | Mr. Karl Blanchard, COO |
| | Mr. George Davis, |
| | Mr. Keith Simon, Latham & Watkins |
| | Mr. John Greer, Latham & Watkins |
| | Mr. Tony O'Grady, Matheson |
| | Mr. Seth Bullock, A&M |
| | Mr. Ryan Omohundro, A&M |
| | Mr. Andrew Yearly, Lazard |
| | Mr. Doug Fordyce, Lazard |

Mr. Macaulay, Chairman, noted that a Special Committee (the "Special Committee") was formed pursuant to delegation of authority by the Board of Directors (the "Board") to provide final review and approval of the Chapter 11 restructuring. He announced that a quorum was present, as all members of the Special Committee were present, and called the meeting to order. Ms. Morrison acted as meeting secretary.

1.    **APPROVAL OF MINUTES**

Mr. Macaulay noted that drafts of the minutes of the Board meetings held on June 24th and June 25th were provided in advance to the members of the Special Committee. Upon motion made and seconded, due to the immediate need to have the minutes approved for the impending chapter 11 filing and DIP financing, the minutes were unanimously approved as presented by Special Committee on behalf of the Board.

1.    **PROJECT MIDAS UPDATE**

Mr. McCollum began with a review of the previously outstanding, which, he noted, were now all resolved. Mr. Keith Simon then reviewed the completed list of definition documentation. He stated all signature pages of all constituent parties had been received. Mr. Simon explained that all final matters were concluded and the release of all wires initiated, as communicated to all parties during the advisor call that took place earlier this morning. A robust discussion then ensued and all questions concerning the upcoming filing were answered. Ms. Morrison noted that each director had signed a unanimous written consent approving the DIP financing and related documents. The Special Committee, she noted, under its delegated authority is now being asked for final review and formal approval of the Chapter 11 filing. Upon sign off from the external advisors, a motion was duly made

and seconded, and the Special Committee of the Board approved the Chapter 11 filing pursuant to the resolutions attached hereto as Exhibit A.

Mr. McCollum referenced the Form 8-K announcing the filing which was included in the meeting materials. He noted the filing was expected to occur around mid-day. The contents of the Form 8-K were discussed. The Committee members had no additional comments. Mr. Simon reviewed next steps related to filing the chapter 11 first day motions and tomorrow' court hearing.

## 2.      OTHER BUSINESS

The Chairman called for any other business to be brought before the Special Committee. Noting none, the Special Committee adjourned the meeting.

## VERIFICATION

The foregoing are true and accurate minutes of a special meeting of a Special Committee of the Board of Directors of Weatherford International plc held on July 1, 2019.


_____
William E. Macaulay, Chairman



_____
Christi Morrison, Secretary

**VERIFICATION**

       The foregoing are true and accurate minutes of a special meeting of a Special Committee of the Board of Directors of Weatherford International plc held on July 1, 2019.


_____
William E. Macaulay, Chairman


_____
Christi Morrison, Secretary

**WEATHERFORD INTERNATIONAL PLC,**
**an Irish public limited company**

**Resolutions Adopted by the Board of Directors**

Collectively with Weatherford International Ltd. and Weatherford International, LLC, the "**Companies**") based on the advice of the Company's professionals and advisors, and after thorough discussions, the Board decided to take the following actions and adopt the following resolutions:

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board of Directors it is desirable and in the best interests of the Company, its creditors, stockholders, and other interested parties, that the Company seek relief under the provisions of Chapter 11, Title 11 of the United States Code (the "**Bankruptcy Code**"), and that Weatherford International Ltd. commence provisional liquidation proceedings under sections 161 and 170 of the Companies Act 1981 of Bermuda (such proceedings, the "**Bermudian Proceedings**"), in each case, subject to the terms and conditions set forth herein, to implement the transactions contemplated by that certain Restructuring Support Agreement, dated as of May 10, 2019, to which the Companies and certain of their unsecured noteholders are party (the "**RSA**"); and it is further

**RESOLVED**, that the Company is hereby authorized, and each of any director of the Company and each and any of the Chief Executive Officer, the President, any Executive Vice President, any Vice President, the General Counsel, the Chief Accounting Officer, the Treasurer, any Assistant Treasurer and the Secretary of the Company from time to time (each, an "**Authorized Officer**" and collectively, the "**Authorized Officers**") shall be, and hereby is, authorized and directed on behalf of the Company, to (i) commence a case under Chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**") by executing, verifying and delivering a voluntary petition in the name of the Company under Chapter 11 of the Bankruptcy Code and causing the same to be filed with the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") in such form and at such time as the Authorized Officer executing said petition shall determine and (ii) take such other actions as may be necessary or appropriate to facilitate the commencement of the Bermudian Proceedings by Weatherford International Ltd.; *provided, however*, that the Authorized Officers shall not execute, verify or deliver a voluntary petition to commence such Chapter 11 Case unless and until each of the Company's Executive Chairman and Chief Executive Officer determines, in their sole and absolute discretion, that all conditions set forth in, and the documents contemplated by, the RSA  have been satisfied and are in a form of satisfactory, in each case to the Executive Chairman and Chief Executive Officer of the Company; and it is further

**RESOLVED**, that the Company is authorized, and each Authorized Officer shall be, and hereby is, authorized and directed on behalf of the Company, to seek to have its Chapter 11 Case jointly administered by the Bankruptcy Court with the separate cases commenced by the other Companies under Chapter 11 of the Bankruptcy Code (the respective Chapter 11 Case together with such other separate cases, the "**Chapter 11 Cases**"); and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Officer shall be, and hereby is, authorized, on behalf of and in the name of the Company, to the extent applicable, to obtain the use of cash collateral, in such amounts and on such terms as may be agreed by any Authorized Officer, including the grant of replacement liens or other adequate

protection, as is reasonably necessary for the continuing conduct of the affairs of the Company; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Officer shall be, and hereby is, authorized, on behalf of and in the name of the Company, to enter into such forbearance agreements, waivers, amendments or modifications, or other supplements relating to the Company's existing indebtedness as may be deemed necessary or appropriate by such Authorized Officer;

**RESOLVED**, that the Company is authorized, and each Authorized Officer shall be, and hereby is, authorized, on behalf of and in the name of the Company, to the extent applicable, to enter into and seek authority from the Bankruptcy Court to enter into and/or assume any restructuring support or similar agreements in connection with the Chapter 11 Cases and to enter into, and/or seek approval of, any agreements, documents, or instruments related thereto; and it is further

**RESOLVED**, that the Company is authorized, and each Authorized Officer shall be, and hereby is, authorized and empowered, with full power of delegation, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings and other documents, agreements and papers, including all loan agreements, documents, notes, guaranties, security agreements, pledge agreements and all other documents, agreements or instruments (collectively, the "**Credit** Documents"), and to take any and all actions that the Authorized Officer deems necessary or appropriate, each in connection with the Chapter 11 Cases, any post-petition financing or any cash collateral usage contemplated hereby or thereby; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Officer shall be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to employ and retain the law firms of Latham & Watkins LLP and Hunton Andrews Kurth LLP to act as attorneys, Alvarez & Marsal North America LLC to act as financial advisors, and Lazard Frères & Co. LLC to act as investment banker for the Company in connection with the Chapter 11 Cases; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Officer shall be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, restructuring, financial, accounting and bankruptcy services firms (together with the foregoing identified firms, the "**Professionals**") as may be deemed necessary or appropriate by the Authorized Officer to assist the Company in carrying out its responsibilities in the Chapter 11 Cases and achieving a successful reorganization; and it is further

**RESOLVED**, that each Authorized Officer be, and hereby is, authorized, with full power of delegation, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and to amend, supplement or otherwise modify from time to time,  all such further agreements, documents, certificates, statements, notices, undertakings and other writings, and to incur and to pay or direct payment of all such fees and expenses, as in the judgment of the Authorized

Officer shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

**RESOLVED** that, if any agreement, deed, instrument, certificate or other document referred to in, or contemplated by, these resolutions is required to be executed by the Company under seal, the common seal of the Company will be affixed thereto in accordance with the requirements of the Company's articles of association, and each Authorized Officer is hereby appointed and authorized as an "Authorized Person" within the meaning of article 136 of the Company's articles of association to affix the seal over his, or her, signature alone in accordance with the provisions of that article; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any officer of the Company or any of the Professionals in connection with the Chapter 11 Case or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

**RESOLVED**, that any and all actions, whether previously or subsequently taken by any Authorized Officer or any other person authorized to act by an Authorized Officer, that are consistent with the intent and purpose of the foregoing resolutions or in connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved and confirmed.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Case No. 19-_____ |
| | § | |
| WEATHERFORD INTERNATIONAL | § | Chapter 11 |
| PLC, *et al.*, | § | |
| | § | |
| Debtors.[1] | § | Joint Administration Pending |
| | § | |

## CONSOLIDATED LIST OF CREDITORS WHO HAVE THE 30 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby certify that the *Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* submitted herewith contains the names and addresses of the Debtors' top 30 unsecured creditors. The list has been prepared from the unaudited books and records of the Debtors. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases. The list does not include (i) persons that come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' rights to challenge the amount or characterization of any claim at a later date. The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' rights to contest the validity, priority and/or amount of any such claim.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Weatherford International plc (6750); Weatherford International Ltd. (1344); and Weatherford International, LLC (5019). The location of the Debtors' main corporate headquarters and the Debtors' service address is: 2000 St. James Place, Houston, TX 77056.

Fill in this information to identify the case:

Debtor Name <u>Weatherford International plc</u>

United States Bankruptcy Court for the: <u>Southern District of Texas, Houston Division</u>

Case number (if known): <u>19-</u>

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders    12/15

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Deutsche Bank Trust Company Americas 60 Wall Street, 24th Floor Mail Stop: NYC60-2407 New York, NY 10005 | Irina Golovashchuk, CCTS, Vice President Phone: 201-593-3533 Fax: 732-578-4635 Email: Irina.Golovashchuk-ctas@db.com | Bond Debt | | $7,427,067,000.00 | | $7,427,067,000.00 |
| 2 | Black Horse, LLC Squire Patton Boggs (US) LLP 6200 Chase Tower, 600 Travis Street Houston, TX 77002 | Greg R. Wehrer Email: greg.wehrer@squirepb.com | Litigation | Contingent, Unliquidated, Disputed | Undetermined | | Undetermined |

Debtor     <u>Weatherford International plc</u>              Case number (if known) <u>19-</u>         
            Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 3 | Atlantis Tax Management, Inc. Dehay & Elliston, LLP 901 Main Street, Suite 3500 Dallas, TX 75202 | Kurt W. Greve Phone: 214-210-2400 Fax: 214-210-2500 Email: dallas@dehay.com | Litigation | Contingent, Unliquidated, Disputed | Undetermined | | Undetermined |
| 4 | Marc Bruscoe Goldstein, Heslop, Steele, Clapper, Oswalt & Smith 414 N. Logan Boulevard Altoona, PA 16602-1749 | Nathaniel B. Smith, Esquire Phone: 814-946-9105 Fax: 814-201-6845 | Litigation | Contingent, Unliquidated, Disputed | Undetermined | | Undetermined |
| 5 | Terry Neff Kendall Law Group 3232 McKinney Avenue, Suite 700 Dallas, TX 75204  Robbins' Arroyo LLP 600 B Street, Suite 1900 San Diego, CA 92101 | Joe Kendall, Jamie J. McKey George C. Aguilar Phone: 214-744-3000; 619-525-3990 Fax: 214-744-3015 Email: jkendall@kendalllawgroup.com; gaguilar@robbinsarroyo.com | Litigation | Contingent, Unliquidated, Disputed | Undetermined | | Undetermined |
| 6 | Iron Workers Mid-South Pension Fund Kendall Law Group 3232 McKinney Avenue, Suite 700 Dallas, TX 75204  Robbins' Arroyo LLP 600 B Street, Suite 1900 San Diego, CA 92101 | Joe Kendall, Jamie J. McKey George C. Aguilar Phone: 214-744-3000; 619-525-3990 Fax: 214-744-3015 Email: jkendall@kendalllawgroup.com; gaguilar@robbinsarroyo.com | Litigation | Contingent, Unliquidated, Disputed | Undetermined | | Undetermined |

Debtor   Weatherford International plc   Case number (if known) 19-
_____   _____
Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | Packers Plus Energy Services, Inc.<br>Bereskin & Parr LLP<br>Scotia Plaza, 40th Floor, 40 King Street West<br>Toronto, ON M5H 3Y2<br>Canada | Robert H.C. Macfarlane, Joshua W. Spicer<br>Phone: 416-364-7311<br>Fax: 416-361-1398<br>Email: rmacfarlane@bereskinparr.com;<br>jspicer@bereskinparr.com | Litigation | Contingent, Unliquidated, Disputed | Undetermined | | Undetermined |
| 8 | Rapid Completions LLC<br>Caldwell Cassady & Curry P.C.<br>2101 Cedar Springs Rd.<br>Suite 1000<br>Dallas, TX 75201 | Bradley W. Caldwell, Jason D. Cassady, John Austin Curry, Justin Nemunaitis<br>Phone: 214-888-4849<br>Fax: 214-888-4848<br>Email: bcaldwell@caldwellcc.com;<br>jcassady@caldwellcc.com;<br>acurry@caldwellcc.com;<br>jnemunaitis@caldwellcc.com | Litigation | Contingent, Unliquidated, Disputed | Undetermined | | Undetermined |
| 9 | Ofserv Nigeria Limited<br>No. 3 Floor Front Wing, Okoi Arikpo House<br>5, Idowu Taylor Street<br>Victoria Island, Lagos<br>Nigeria | Ms. Nkiru Oyenekwe | Litigation | Contingent, Unliquidated, Disputed | Undetermined | | Undetermined |
| 10 | Ronnie Mahan<br>Brockett & Mcneel LLP<br>TGAA Tower, 24 Smith Rd, Suite 400<br>PO Box 1841<br>Midland, TX 79702-1841 | John M. Kash, C.H. Brockett, Jr., Ryan Mneel<br>Phone: 432-686-7743<br>Fax: 432-683-6229 | Litigation | Contingent, Unliquidated, Disputed | Undetermined | | Undetermined |

Debtor     Weatherford International plc                          Case number (if known) 19-
                    Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 11 | Derrick Guilbeau Boyer, Hebert, Abels & Angelle, LLC 401 E. Mills Ave Breaux Bridge, LA 70517 | Randy P. Angelle, Christie R. Hemphill Phone: 337-332-0616 Fax: 337-332-0633 | Litigation | Contingent, Unliquidated, Disputed | Undetermined | | Undetermined |
| 12 | Joshua Buchanan The Hershewe Law Firm, PC 431 S. Virginia Ave Joplin, MO 64801 | Lauren Peterson Phone: 417-782-3790 Fax: 471-782-8482 Email: lpeterson@h-law.com | Litigation | Contingent, Unliquidated, Disputed | Undetermined | | Undetermined |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |

Debtor    Weatherford International plc                    Case number (if known) 19-_____
           Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |

Official Form 204          **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims**

**Fill in this information to identify the case and this filing:**

Debtor Name <u>Weatherford International plc</u>

United States Bankruptcy Court for the Southern District of Texas

Case number *(if known)*: _____

<u>Official Form 202</u>

<u>Declaration Under Penalty of Perjury for Non-Individual Debtors</u>                    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   *Amended Schedule* ___

☒   *Chapter 11* or *Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>07/01/2019</u>           X    _____
                        MM/DD/YYYY                              Signature of individual on behalf of debtor

                                        <u>Christoph Bausch</u>
                                        Printed name

                                        <u>Executive VP & Chief Financial Officer</u>
                                        Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | Case No. 19-_____ |
| | § | |
| WEATHERFORD INTERNATIONAL PLC | § | Chapter 11 |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |

## STATEMENT OF CORPORATE OWNERSHIP

The following is the list of entities that directly or indirectly own 10% or more of any class of Weatherford International plc's equity interest. This list is prepared in accordance with Fed. R. Bankr. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1 in this chapter 11 case.

| Shareholder |
|---|
| ClearBridge Investments, LLC |

## LIST OF EQUITY SECURITY HOLDERS[2]

The following is a list of debtor Weatherford International plc's equity security holders. This list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Shareholder | Equity Percentage |
|---|---|
| ClearBridge Investments, LLC | 10.7% |
| Dodge & Cox | 8.3% |
| The Vanguard Group | 6.0% |
| American Funds Insurance Series Asset Allocation Fund | 6.0% |

---

[2] Weatherford International plc does not and cannot know the precise holdings or identity of the holders of its publicly traded common stock. Thus, Weatherford International plc is listing the holders of 5% or more of its publicly traded common stock.

```
Fill in this information to identify the case and this filing:

Debtor Name Weatherford International plc

United States Bankruptcy Court for the Southern District of Texas

Case number (if known): _____
```

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors                     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   *Amended Schedule* ___

☐   *Chapter 11* or *Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒   Other document that requires a declaration   Corporate Ownership Statement; List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/01/2019                  X _____
               MM/DD/YYYY                       Signature of individual on behalf of debtor

                                                Christoph Bausch
                                                Printed name

                                                Executive VP & Chief Financial Officer
                                                Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | Case No. 19-_____ |
| | § | |
| WEATHERFORD INTERNATIONAL | § | Chapter 11 |
| PLC | § | |
| | § | |
| Debtor. | § | Joint Administration Pending |
| | § | |

**EXHIBIT "A" TO VOLUNTARY PETITION**

1.      The Debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934.  Its SEC file number is 001-36504.

2.      The following financial data refers to the condition of the Debtor and its affiliates on a consolidated basis as of the dates noted in the footnotes below:

| | |
|---|---|
| a.   Total assets | Approximately $6,519,000,000[1] |
| b.   Total debts (including debts listed in 2.c., below) | Approximately $8,346,000,000[2] |
| c.   Debt securities held by more than 500 holders | 4[3] |
| d.   Number of shares of Preferred Stock | None |
| e.   Number of shares of Common Stock | 1,003,533,795 |

Comments, if any:
        See footnotes below.

3.      Brief description of the Debtors' business:  Weatherford International plc, together with its subsidiaries, is a multinational oilfield services company.  Weatherford is one of the world's leading providers of equipment and services used in the drilling, evaluation, completion, production, and intervention of oil and natural gas wells.  Many of the Debtors' businesses, including those of its predecessor companies, have been operating for more than 50 years.  The

---

[1] This figure reflects Total Assets of Weatherford International plc as presented in the March 31, 2019 Form 10-Q and is on a consolidated basis for the Debtors and non-Debtor affiliates.
[2] This amount represents Total Debt as reflected in the Debtors' solicitation materials filed concurrent with these petitions on the date hereof.
[3] Weatherford International plc does not and cannot know the precise number of beneficial holders of any of the debt securities it has issued.  Therefore, the above stated number is only an estimate and should be regarded as such.

Debtors conduct operations in over 80 countries and have service and sales locations in virtually all of the oil and natural gas producing regions in the world.

      4.      List the names of any persons who directly or indirectly owns, controls or holds, with power to vote, 5% or more of the voting securities of the Debtor.

| Name of holder |
| --- |
| ClearBridge Investments, LLC |
| Dodge & Cox |
| The Vanguard Group |
| American Funds Insurance Series Asset Allocation Fund |