**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**HENRY G. HOBBS, JR.**
**ACTING UNITED STATES TRUSTEE**
**REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas   77002**
**Telephone:  (713) 718-4650 x 241**
**Fax:  (713) 718-4670**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | **CASE NO.** | |
| § | | |
| **WEATHERFORD INTERNATIONAL** § | **19-33694 (DRJ)** | |
| **PLC**, *et al.*, § | **(Chapter 11)** | |
| § | **Jointly Administered** | |
| **DEBTORS**[1] § | | |

**NOTICE OF APPOINTMENT OF**
**COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Henry G. Hobbs, Jr., the Acting United States Trustee for Region 7, who pursuant to 11 U.S.C. § 1102(a)(1) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Weatherford International plc (6750); Weatherford International Ltd. (1344); and Weatherford International, LLC (5019). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 2000 St. James Place, Houston, TX 77056.

| Members | Counsel for Member |
|---|---|
| 1. Deutsche Bank Trust Company Americas, as Indenture Trustee<br>Attn: Rodney Gaughan<br>60 Wall Street, 24th Floor<br>New York, NY  10005<br>Tel. 201-593-4016<br>E-Mail: rodney.gaughan@db.com | Moses & Singer LLP<br>Alan E. Gamza, Esq.<br>Kent C. Kolbig, Esq.<br>405 Lexington Avenue, 12th Floor<br>New York, NY  10174<br>Tel. 212-554-7800<br>Fax 212-554-7700<br>E-Mail: agamza@mosessinger.com<br>kkolbig@mosessinger.com |
| 2. Japan Trustee Services Bank, Ltd.<br>Re: Fidelity Strategic Income Fund (Mother) By Fidelity Management & Research Company as Sub-Advisor<br>Attn: Nate Van Duzer, Managing Director FMRCo<br>200 Seaport Blvd. V13H<br>Boston, MA  02210<br>Tel. 617-392-8129<br>Fax 617-392-1605<br>E-Mail:   nate.vanduzer@fmr.com | Akin Gump Strauss Hauer & Feld LLP<br>Michael S. Stamer, Esq.<br>One Bryant Park<br>New York, NY  10036-6745<br>Tel. 212-872-1025<br>E-Mail: mstamer@akingump.com |
| 3. Rapid Completions LLC<br>Attn: Eric Lucas<br>120 Newport Center Drive<br>Newport Beach, CA  92660<br>Tel. 949-480-8363<br>Fax 949-480-8301<br>E-Mail: elucas@acaciares.com | Ask LLP<br>Edward E. Neiger, Esq.<br>Brigette G. McGrath, Esq.<br>151 West 46th Street, 4th Floor<br>New York, NY  10036<br>Tel. 212-267-7342; 954-254-1197<br>Fax 212-918-3427<br>E-Mail: eneiger@askllp.com<br>bmcgrath@askllp.com |

Dated: July 17, 2019                    Respectfully Submitted,

                                              HENRY G. HOBBS, JR.
                                              ACTING UNITED STATES TRUSTEE
                                              REGION 7, SOUTHERN and WESTERN
                                              DISTRICTS OF TEXAS

                                              By:    /s/ Hector Duran
                                                           Hector Duran
                                                          Trial Attorney
                                                          Texas Bar No. 00783996
                                                          515 Rusk, Suite 3516
                                                          Houston, TX 77002
                                                          Telephone:  (713) 718-4650 x 241
                                                          Fax:  (713) 718-4670

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 17th day of July, 2019.

                                              /s/ Hector Duran
                                              Hector Duran, Trial Attorney