## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Case No. 19-33694 (DRJ) |
| WEATHERFORD INTERNATIONAL PLC, *et al.*, | ) Chapter 11 |
| Debtors. | ) (Jointly Administered) |

### GAMCO ASSET MANAGEMENT, INC.'S NOTICE OF APPEAL

GAMCO Asset Management, Inc. ("Appellant") hereby submits this Notice of Appeal pursuant to 28 U.S.C. § 158(a)(1) and Federal Rule of Bankruptcy Procedure 8003.

**Part 1:  Identification of the Appellant**

1. Name of Appellant:  GAMCO Asset Management, Inc., on its own behalf and on behalf of a putative class of current and former common shareholders of debtor Weatherford International plc ("Weatherford").

2. Position of Appellant in Bankruptcy Case:  Appellant is a party in interest to the bankruptcy case as a common shareholder of Weatherford.

**Part 2:  Identification of the Subject of the Appeal**

3. Appellant hereby appeals the *Order (I) Approving Debtors' Disclosure Statement and (II) Confirming Second Amended Joint Prepackaged Plan of Reorganization for Weatherford International PLC and its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code* (ECF No. 343), as and to the extent that the non-debtor, third-party release and injunction in Weatherford's second amended joint prepackaged plan of reorganization bars litigation claims by current and former common shareholders of Weatherford in violation of applicable law and due process.

4. The Court entered the order on September 11, 2019.

5. The order is attached hereto as Exhibit A.

**Part 3: Identification of the Other Parties to the Appeal**

6. The other parties to this appeal are:

| **Debtors** | **Attorney** |
|---|---|
| Weatherford International plc (Debtor)<br>2000 St. James Place, Houston, TX 77056 | Timothy A. Davidson II<br>HUNTON ANDREWS KURTH LLP<br>600 Travis Street, Suite 4200 Houston, TX 77002 |
| Weatherford International Ltd.<br>2000 St. James Place, Houston, TX 77056 | Timothy A. Davidson II<br>HUNTON ANDREWS KURTH LLP<br>600 Travis Street, Suite 4200 Houston, TX 77002 |
| Weatherford International, LLC<br>2000 St. James Place, Houston, TX 77056 | Timothy A. Davidson II<br>HUNTON ANDREWS KURTH LLP<br>600 Travis Street, Suite 4200 Houston, TX 77002 |

Dated: October 31, 2019                Respectfully submitted,

 */s/ Andrew J. Entwistle*
Andrew J. Entwistle
**ENTWISTLE & CAPPUCCI LLP**
500 W. 2nd Street, Suite 1900-16
Austin, Texas 78701
Telephone: (512) 710-5960

Joshua K. Porter (*pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**
299 Park Avenue, 20th Floor
New York, New York 10171
Telephone: (212) 894-7200

*Counsel for GAMCO Asset Management, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on October 31, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                        */s/ Andrew J. Entwistle*
                                         Andrew J. Entwistle