

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/19/2019

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| WEATHERFORD INTERNATIONAL PLC, *et al.*,[2] | § § | Case No. 19-33694 (DRJ) |
| | § | |
| *Debtors* | § | (Jointly Administered) |
| | § | |

**ORDER GRANTING MOTION FOR CONTINUANCE
OF MOTION TO MODIFY AUTOMATIC STAY FILED BY
CLAUDIO ANTONIO RODRIGUEZ QUINTERO**
(Docket No. 444)

IT IS ORDERED that the Motion for Continuance filed by Claudio Antonio Rodriguez Quintero relating to the Motion to Modify Automatic Stay (Docket #397) is granted and that the motion shall be continued to the court's lift stay docket on Dec. 20, 2019 at 9 a.m.

Signed: November 19, 2019.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[2] *The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Weatherford International PLC (6750); Weatherford International Ltd. (1344); and Weatherford International, LLC (5019). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 2000 St. James Place, Houston, TX 77056.*