

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
11/25/2019

------------------------------------------------------------------------- x

In re:                                                    : Chapter 11
                                                          :
WEATHERFORD INTERNATIONAL PLC, *et al.*,                  : Case No. 19-33694 (DRJ)
                                                          :
           Debtors.[1]                                    : (Jointly Administered)
                                                          :
------------------------------------------------------------------------- x

### ORDER EXTENDING THE EXCLUSIVE PERIODS

**[Relates to Motion at Docket No. _395_ ]**

Upon the motion (the "**Motion**")[2] of the Debtors for entry of an order extending the

Debtors' exclusive periods in which to file a chapter 11 plan (the "**Exclusive Filing Period**") and

solicit acceptances thereof (the "**Exclusive Solicitation Period**," and, together with the Exclusive

Filing Period, the "**Exclusive Periods**"), all as more fully set forth in the Motion; and the Court

having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §

1334; and consideration of the Motion and the requested relief being a core proceeding pursuant

to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing

that no other or further notice need be provided; and the Court having reviewed the Motion; and

all objections, if any, to the Motion have been withdrawn, resolved, or overruled; and the Court

having determined that the legal and factual bases set forth in the Motion establish just cause for

the relief granted herein; and it appearing that the relief requested in the Motion is in the best

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Weatherford International plc (6750); Weatherford International Ltd. (1344); and Weatherford International, LLC (5019).  The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 2000 St. James Place, Houston, TX 77056.

[2] Capitalized terms used herein but not defined shall have the meanings ascribed to such terms in the Motion.

interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Filing Period is extended through and including December 28, 2019.

2.      Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Solicitation Period is extended through and including February 26, 2020.

3.      The extension of the Exclusive Periods granted herein is without prejudice to such further requests that may be made pursuant to section 1121(d) of the Bankruptcy Code by the Debtors or any party in interest, for cause, upon notice and hearing.

4.      The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5.      Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

6.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

        **Signed:  November 24, 2019.**

        **DAVID R. JONES**
        **UNITED STATES BANKRUPTCY JUDGE**