

ENTERED
03/09/2020

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Case No. 19-33694 (DRJ) |
| WEATHERFORD INTERNATIONAL PLC, *et al.*,[6] | § § § | Chapter 11 |
| Debtors. | § § § § | (Jointly Administered) |

**ORDER GRANTING SECOND INTERIM AND FINAL FEE APPLICATION OF**
**NORTON ROSE FULBRIGHT US LLP FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS OF WEATHERFORD INTERNATIONAL PLC,** *ET AL.***,**
**FOR THE PERIOD JULY 23, 2019 THROUGH DECEMBER 13, 2019**
[Relates to Dkt. No. 498]

Upon consideration of the *Second Interim and Final Fee Application of Norton Rose Fulbright US LLP for Allowance of Compensation and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors of Weatherford International plc, et al., for the Period from July 23, 2019 through December 13, 2019* (the "Application"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy rules of the United States Bankruptcy Court for the Southern District of Texas and the Guidelines for Compensation and Expense Reimbursement of Professionals in Chapter 11 Cases located in Appendix F thereto (the "Local Rules"), and the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 310] (the "Interim Compensation Order"), for approval, allowance, and payment of compensation for

---

[6]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Weatherford International plc (6750); Weatherford International Ltd. (1344); and Weatherford International, LLC (5019). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 2000 St. James Place, Houston, TX 77056.

99321181.1

professional services rendered and reimbursement of actual and necessary expenses incurred during the period commencing July 23, 2019 through and including September 30, 2019; and the Court having jurisdiction to consider the Application and the relief requested herein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided to all parties required under Bankruptcy Rule 2002(a)(6); and it appearing that no other or further notice need be provided; and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1.      The Application is GRANTED to the extent set forth;

2.      The fees for professional services rendered during the time periods set forth in the Application are allowed in the amount of $76,232.00 pursuant to section 331 of the Bankruptcy Code and approved on a final basis under section 330 of the Bankruptcy Code;

3.      The reimbursement for expenses incurred during the time period set forth in the Application is allowed in the amounts of $647.94;

4.       The Debtors are authorized to pay the "Fees Allowed," inclusive of any applicable holdback, and the "Expenses Allowed" in satisfaction of all such allowed fees and expenses that have not previously been paid pursuant to the Interim Compensation Order or otherwise, for a total amount of $21,074.90.

5.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

99321181.1

IT IS SO ORDERED.

**Signed:  March 07, 2020.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

99321181.1