

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/18/2020

| | § | |
|---|---|---|
| In re: | § | Case No. 19-33694 (DRJ) |
| | § | |
| WEATHERFORD INTERNATIONAL PLC, *et al.*, | § | Chapter 11 |
| | § | |
| | § | (Jointly Administered) |
| Reorganized Debtors.¹ | § | |
| | § | **Re: Docket No. 508** |

## FINAL DECREE CLOSING CHAPTER 11 CASES

Upon the motion (the "**Motion**")² of the Reorganized Debtors for entry of a final decree (this "**Final Decree**") closing the Chapter 11 Cases; and the Court having determined that the relief requested in the Motion is in the best interests of the Reorganized Debtors, their estates, their creditors, and other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Reorganized Debtors provided appropriate notice of the Motion under the circumstances and that no other or further notice is necessary; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Weatherford International plc (6750); Weatherford International Ltd. (1344); and Weatherford International, LLC (5019). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 2000 St. James Place, Houston, TX 77056.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

1. The following Chapter 11 Cases are hereby closed; *provided* that this Court shall retain jurisdiction as provided in the Plan, Confirmation Order, and this Final Decree:

| Debtor | Case No. |
| --- | --- |
| Weatherford International plc | 19-33694 |
| Weatherford International Ltd. | 19-33707 |
| Weatherford International, LLC | 19-33676 |

2. Entry of this Final Decree is without prejudice to the rights of the Reorganized Debtors or any party in interest to seek to reopen these Chapter 11 Cases for cause pursuant to Section 350(b) of the Bankruptcy Code.

3. The Reorganized Debtors, no later than 60 days after entry of this Final Decree, shall: (a) pay all fees due and payable, if any, pursuant to 28 U.S.C. § 1930(a)(6) with respect to the Chapter 11 Cases; and (b) file a final post-confirmation quarterly report for the last period during which the Chapter 11 Cases remained open.

4. Notwithstanding any Bankruptcy Rule to the contrary, this Final Decree shall take effect immediately upon its entry.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Final Decree in accordance with the Motion.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Final Decree.

**Signed:  March 16, 2020.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**